UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILAGROS SENIOR, | |
| Plaintiffs, | |
| -against- | |
| INFIRST HEALTHCARE INC., | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   06/05/26

26-CV-2298 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff filed her complaint on March 20, 2026. *See* Dkt. 1. Plaintiff served defendant on April 30, 2026 (*see* Dkt. 12), making defendant's answer due May 21, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Counsel for defendant appeared on May 3, 2026. (Dkt. 8.) On May 21, 2026, defendant filed a proposed stipulation seeking an extension for defendant's time to answer or respond to the complaint (Dkt. 14), which the Court so ordered, making defendant's answer or other response to the complaint due no later than May 28, 2026. *See* Dkt. 15. Although that date has come and gone, defendant has not filed an answer or other response to the complaint.

It is hereby ORDERED that, if, by **June 12, 2026**, defendant has not (a) answered or otherwise responded to the complaint or (b) obtained a further extension of its time to do so, plaintiff shall, on that date, apply for entry of default.

Dated:  New York, New York
          June 5, 2026

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**